UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| EDUARDO LIRA MOSQUEDA,<br><br>         Petitioner,<br><br>  v.<br><br>P.D. BRAZELTON, Acting Warden,<br><br>         Respondent. | ) CV 12-2723-VAP (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: _August 21, 2012

*Virginia A. Phillips*

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1